IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA          PLAINTIFF

V.          CIVIL ACTION NO. 3:02cv296ws

ONE 1974 OLDSMOBILE DELTA 88,
VIN: 3N67U4M209027;

One 1995 LEXUS 400,
VIN: JT8UF22E7S0027363;

ONE 1964 CHEVROLET IMPALA,
VIN: 41847S295589; and

ONE 1991 ACURA LEGEND,
VIN: JH4KA7671MC033501          DEFENDANT PROPERTY



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUL 1 4 2006
J. T. NOBLIN, CLERK
BY_____DEPUTY

**AGREED ORDER RELEASING
1995 LEXUS FROM FORFEITURE**

ON motion *ore tenus* of the United States Attorney and upon his representative that the 1995 Lexus 400, VIN: JT8UF22E7S0027363 should be dismissed and released without further proceedings from this action to the Record Owner/Petitioner, Simon Taylor (herein after referred to as "Record Owner/Petitioner"); and for such dismissal, Record Owner/Petitioner agrees to the adjudication of this order, including the release clause stated in the paragraph below.

It is, therefore, ORDERED AND ADJUDGED as follows:

1. The 1995 Lexus 400, VIN: JT8UF22E7S0027363 is hereby dismissed with prejudice from the forfeiture action.

2. The United States Marshal through the custodial agency is directed to release possession of the above-described personal property to the Record Owner/Petitioner, Simon Taylor.

3. The entry of this order shall constitute a release and hold harmless agreement by and between the United States Government, the United States Marshal, and the Record Owner/Petitioner, Simon Taylor, his heirs, representatives or assigns and they do hereby agree, and it is so ordered, that the United States Government, its agents, representatives, and employees and the United States Marshal, its agents, representatives and employees shall be and are hereby released from any liability, claims, demands, damages, suits and causes of action caused by or as a result of this forfeiture action, including, but not limited to, any claims or demands for attorney fees (including those, if any, authorized by the Equal Access to Justice Act, the Hyde Amendment, or any other legislation).

SO, ORDERED AND ADJUDGED this 12th of July, 2006.

_____
UNITED STATES DISTRICT JUDGE

Approved and Agreed to:

_____   6/28/06
JERRY L. RUSHING                  Date
Assistant United States Attorney

_____   6-27-06
MICHAEL J. BROWN, ESQ.            Date
Attorney for Record Owner/Petitioner

_____   6/27/06
SIMON TAYLOR                      Date
Record Owner/Petitioner

2